FILED

RECEIVED

JAN 19 2001

2001 JAN 19

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

DEBR.
MIDDLE DISTRICT OF ALABAMA
MIDDL... RICT COURT
...STRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

FORM FOR USE IN APPLYING FOR
RELIEF  (Civil Rights Litigation)

Beverly Brabham  188338
Full name and prison number
of plaintiff(s)

State of Alabama and
Bullock County Circuit Court
Name of defendant(s)
Judge Bill Robertson   Atty. Johnny Hagood
Judge Burt Smithart
Judge Mike Emfinger
D.A. Boyd Whigham
John Will Waters

Civil Action No. 01-A-76-N
(To be supplied by Clerk of
U. S. District Court)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES (X)   NO ( )

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES (X)   NO ( )
        federal habeas corpus

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit

             Plaintiff(s) Beverly Brabham

             Defendant(s) Leoneal Davis, et. al.
             Bill Pryor, State Atty. General

        2.   Court (if federal court, name the district; if
             state court, name the county) United States
             Middle District Court

3

1

3. Docket number _99-T-1374-N_

4. Name of judge to whom case was assigned _____

_Judge John Carroll by Judge Allbritton_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _The case_

_is still pending_

6. Approximate date of filing lawsuit _November 22, 1999_

7. Approximate date of disposition _Still pending_

II. PLACE OF PRESENT CONFINEMENT _Tutwiler Prison for Women_

PLACE OF INSTITUTION WHERE GRIEVANCE OCCURRED _Bullock_
_County Circuit Court, 217 No. Prairie St. Union Springs Ala. 36089_

A. Is there a prisoner grievance procedure in this institution? YES ( )  NO (X)

B. Did you present the fact relating to your complaint in the prisoner grievance procedure? YES ( )  NO (X)

C. If your answer is YES:

1. What steps did you take? _I answered no, but I did file a_ _state habeas corpus._

2. What was the result? _It was ignored by the_ _state court._

D. If your answer is NO, explain why not. _There was no need to_
_present their wrongs to them. They realize their wrongs, but_
_did not believe the Plaintiff would continue to pursue justice._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR

CONSTITUTIONAL RIGHTS _Judge Bill Robertson - Eufaula, Ala. 36027_
_Judge Burt Smithart, 217 N. Prairie St. Union Springs, Ala. 36089_
_D.A. Boyd Whigham 217 N. Prairie St. Union Springs, Ala. 36089_
_Judge Mike Enzinger 217 N. Prairie St. Union Springs, Ala. 36089_
_John Will Waters  Conecuh St. Union Springs, Ala. 36089_
_Attorney Johnny Hagood, Eufaula, Alabama 36027_

2

4

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _June 21, 1996 and_
_March 25, 1999 until present_

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED: (see attached sheets)

A. _The state court lacked jurisdiction on March 25, 1999._
_I was resentenced on a Case #96-54 that expired May 23, 1997._
_Judge Gaither, who ended the sentence in 1997, will testify._

B. _Ex Post FACTO. I was sentenced June 21, 1996 under_
_a law that became effective April 26, 1996. My accusati._
_occurred in 1995, 16 months prior to the law dat_

C. _Double jeopardy - I was resentenced on an expired_
_case #96-54. The judge who terminated the sentence_
_remained in office for 2 years after it ended._

VI.   STATE BRIEFLY (AND IN THE SAME ORDER) THE FACTS WHICH ⸴ [SEE ATTACHED SHEETS AT Pg. 8]
SUPPORT EACH OF THE GROUNDS SET OUT IN V.   (State as best
you can the time, place, manner and person involved.)

A. _Jurisdiction - I was not under the jurisdiction of Bullock Co._
_Circuit Court on March 25, 1999 when jeopardy attached. The_
_same D.A. was in office when it expired and was well aware_
_that it expired. He used his position in authority to bring this_

B. _criminal injustice and deprivation of liberty on the Plaintiff._
_Ex Post Facto - there was NO EVIDENCE to EVEN bring a convictio._
_Unlawful sentence - accused of a lie that was to have occurred in 1995_

C. _Illegal sentence - ex post facto as well as the sentencing judge_
_suspended the sentence, remained suspended by Judge Gaither, and it_
_expired May 23, 1997. I was resentenced 2 years later by a third_
_judge, Burt Smithart._

VII.   STATE THE NAMES AND ADDRESSES OF THE WITNESSES, IF ANY, WHO
ACTUALLY OBSERVED THE VIOLATION OF WHICH YOU COMPLAIN AND
WHOM YOU WOULD EXPECT TO USE AT A TRIAL OF THIS CAUSE:

A. _Anne Brabham   203 Chunnenuggee Ave. Union Springs, Ala._
_36089_

B. _____

3

5

C. _____

D. _____

E. _____

VIII. STATE BRIEFLY (AND IN THE SAME ORDER) THE TESTIMONY OF EACH
WITNESS LISTED IN VII, ABOVE:

A. Anne Brabham has been present at every occurrence
during this whole nightmare of a lie since
B. June 1996. She was told that I could receive
the death penalty if she did not talk me into
C. pleading guilty. It was a heinous crime to
do that to a mother who knew that her
D. daughter was absolutely innocent of the accusation.
Mrs. Anne Brabham has lived in Bullock County
E. all of her life and is very aware of the years
of corruption in the political system there.

IX. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like compensatory damages. My life has been in severe jeopardy or
endangered by this illegal restraint of liberty by prison confinement.
I would like Punitive damages due to that court acting deliberate with ill will
and malice. They abused their positions in authority to cause this severe
damage and harm to me. I would also like permanent injunctive and
declaratory relief. This suit is
being brought against each
individual defendant and the county
in their official capacity as
well as their personal
capacity. I would like to request
a jury trial to hear and
award the damages, physical
mental, emotional, and severe
unlawful deprivation of liberty.

Beverly Brabham    188338
Signature of Plaintiff(s)

permanent address:
203 Chunnenuggee Ave.
Union Springs, Alabama 36089

6                                                                    4

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

FILED

JAN 1   2001

2001 JAN 19  A  8:30

DEBRA P. HACKETT
U.S. DISTRICT CO
MIDDLE DISTRICT ALA

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

BEVERLY BRABHAM
Plaintiff

V.

State of Alabama via
Bullock County Circuit Court, et. al.

01 - A - 76 - N

(to be supplied by Clerk of
U.S. District Court)

## SECTION 42 U.S.C.S. 1983 COMPLAINT

The cause of this action is being brought by the Plaintiff under Section 42 U.S.C.S. 1983. This Honorable Court is provided with the basis of jurisdiction to hear the case under 28 U.S.C.S. 1343(3).

The Plaintiff, Beverly Brabham, presently has a federal habeas corpus case pending in this U.S. Middle District Court, and she requests that it be referred to for details concerning this action, if necessary.

The Plaintiff respectfully submits this application for relief.

Beverly Brabham

mailing address:

Beverly Brabham
203 Chunnenuggee Ave.
Union Springs, Alabama 36089

SECTION ___ U.S.C.S. 1983 COMPLAINT (continued from pg. 3)

On the enclosed form, Pg. 3 # V, the Plaintiff began alleging the grounds on which she bases that her constitutional rights have been and are being violated. She continues as follows:

D. There is no evidence on the face of the indictment to have convicted her of stalking. The accusation was false, totally untrue.

E. The June 21, 1996 guilty plea was unconstitutionally coerced, threatened, and Plaintiff intimidated by Judge Robertson, D.A. Boyd Whigham, ABI man who was present, and Atty. Johnny Hagood.

F. Plaintiff pled guilty to the two phone calls she made to John W. Waters in 1995. She told of both, which neither were criminal, nor could they possibly be considered "stalking". No evidence of the two calls was submitted, as the prosecutor falsely presented at the hearing. The Plaintiff described both calls in her pending federal habeas corpus.

G. Denied effective assistance of counsel. Atty. Johnny Hagood coerced a plea change from "NOT GUILTY" to "GUILTY, I GUESS", along with Judge Robertson and D.A. Boyd Whigham. He gave no defense of the Plaintiff, and his ineffective counsel resulted in severe harm and criminal injustice to the Plaintiff. He stated that it was not a case where the accuser needed to be present, and he did not defend her right to face him.

H. Denied the right to face her accuser. The Plaintiff questioned this denial to their appointed attorney, Hagood, she was lied to by him, and she was never allowed to face him.

I. Prosecutorial misconduct by use of false testimony and evidence by the D.A., referring to things which were not in evidence, i.e., tape recordings. The whole ordeal is nothing less than malicious prosecution, even until this moment of illegal incarceration.

J. The acceptance of a guilty plea was against the weight of the evidence. There was no evidence to be presented because the accusation never occurred.

K. Plaintiff's indigency was never questioned. The Court was determined to have their appointed counsel, with no consideration of Plaintiff's circumstances.

8

L. Denied equal protection of the law in many areas. For example, the dismissal of x-husband's attempted murder, and violation and deliberate trampling of many Constitutional Rights of the Plaintiff.

M. Denied the right to be present at the April 1, 1999 resentencing on Case #96-54, due to the severe injuries of which the court was aware, but out of malice and vindictive motives, proceeded anyway.

N. Denied representation by Counsel on March 17, 1999, March 25, 1999, and April 1, 1999. Judge Smithart would not allow her attorney the time it would take to get there.

O. The plea of guilty was so severely coerced that the court record does Not support a finding of guilt Beyond a reasonable doubt.

P. The Plaintiff was retried on March 25, 1999 (when jeopardy attached) for a March 17, 1999 misdemeanor, which had not Been violated in the eight (8) days. The Plaintiff was resentenced on expired Case #96-54 as a result. At the hearing to reconsider the sentence in August 1999, the judge refused her Counsel to represent her.

Q. Malicious prosecution of a conspired lie. The Conspirators acted in concert, under the color of State law, to maliciously prosecute a Conspired lie.

During all of this criminal injustice, the defendant's deprived the Plaintiff of her Civil Rights, secured by the federal Constitution. Since June 1996, the entire case has been 100% illegal. Nothing concerning the accusation is legal or lawful.

The Plaintiff prays that this Honorable Court see Pg. 4 #IX, and by jury trial, award compensatory, punitive, injunctive, and declaratory relief. It is improper for her to Name a monetary amount. She also requests that the Honorable Judge refer to her federal habeas corpus for details of this complaint.

Respectfully Submitted,

Beverly Brabham

9